UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

UNITED STATES OF AMERICA,

v.

MEGAN MAISONET,

Defendant.

------------------------------------------------------

**ORDER**

20 Cr. 118 (JSR)

JED S. RAKOFF, United States District Judge:

After considering Ms. Maisonet's application made March 26, 2021 for a modification of the conditions of her pretrial release, and without objection from the Government or the Pre-Trial Services Office, IT IS HEREBY ORDERED that the defendant's conditions of pretrial release are modified to remove the conditions of GPS electronic monitoring and curfew. All other conditions are to remain in effect.

**SO ORDERED:**

Dated: New York, NY
April 13, 2021

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK